Thomas E. Giaimo, Plaintiff-Appellant, v. Civil Service Commission of the City of Highland Park, Illinois, et al., Defendants-Appellees.

Gen. No. 64–125. 

Second District.
May 21, 1965.

Frank M. Daly, of Waukegan, for appellant; Thomas H. Compere and Berle L. Schwartz, of Highland Park, for appellees. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.